# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHERSON, KLEIN AND DARBINIAN, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23−cv−06543−RGK−SSC<br><br><br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __10/4/2023__ | __16__ | __STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

    Consent is missing parties/counsel signature. Counsel should refile with proper signatures for further Court consideration.

DATED: October 5, 2023            __/s/ *R. Gary Klausner*__
                                                      United States District Judge