UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHERSON, KLEIN & DARBINIAN, et al.,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>        Defendant(s). | Case No. 2:23-cv-06543-SSC<br><br>Scheduling and Case Management Order |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, and following the parties' submission of a joint report pursuant to Rule 26(f) and a hearing, the Court sets forth below dates in management of this action and orders the parties to comply therewith.

1. Federal Defendants will file a copy of the Certified Administrative Record (CAR) no later than **December 20, 2024**;

2. Plaintiffs shall file their motion for judgment based on the administrative record no later than **March 21, 2025**;

3. Federal Defendants shall file their opposition and cross motion for judgment based on the administrative record on or before **April 18, 2025**;
4. Plaintiffs shall file their opposition to Federal Defendants' cross motion and their reply to Federal Defendant's opposition no later than **May 16, 2025;**
5. Federal Defendants shall file their reply to Plaintiff's opposition no later than **June 13, 2025**.
6. Hearing on the cross motions is set for **July 15, 2025, at 1:30 pm**.

DATED: November 20, 2024

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE