Anna Darbinian, SBN 200828
Edward Choi, SBN 271373
ASHERSON, KLEIN & DARBINIAN
8484 Wilshire Blvd., Ste. 711
Beverly Hills, California 90211
Phone: (310) 247-6070
Fax: (310) 278-8454
Email: eddy@asherson.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASHERSON, KLEIN & DARBINIAN, et al.,<br><br>　　　　Plaintiffs.<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-06543-SSC<br><br>**PLAINTIFFS' APPLICATION TO SEAL RECORD; DECLARATION IN SUPPORT THEREOF; and PROPOSED ORDER**<br><br>Hon. Stephanie S. Christensen |

Plaintiffs Asherson, Klein & Darbinian; Neville Asherson; Anna Anahit Darbinian; and Neville Asherson, Esq. and Anna Anahit Darbinian, Esq., d/b/a Asherson, Klein & Darbinian ("Plaintiff" or "Plaintiffs") hereby apply and request that the entire record in the instant case be sealed; or in the alternative, to require filing under seal of all future motions and pleadings based upon the Certified Administrative Record. Dkt. #68.

The Certified Administrative Record ("CAR") consists of a plethora of Plaintiffs' personally identifiable information, including but not limited to tax returns, social security numbers, tax ID numbers, and sensitive financial data. Defendants Isabella Casillas Guzman, Janet L. Yellen, and The United States of America (the "Federal Defendants") have agreed with Plaintiffs (Plaintiffs and Federal Defendants collectively as the "Parties") that such information should be protected, and stipulated to seal the CAR. Dkt. #66. This Court approved the Parties' stipulation and ordered the CAR to be filed under seal. Dkt. #67.

Notwithstanding the sealing of the CAR, Plaintiffs believe the entire case record, including filings to date and future filings and dispositive motions, contain and will contain confidential information and references to confidential information as found in the CAR. For example, the scheduled dispositive motions must rely heavily upon the sealed CAR, may include confidential exhibits directly from the CAR, and will be rife with specific references to confidential information that would be incredibly cumbersome to redact, and run the risk of being disclosed and available to the public should any confidential information be accidentally missed by either party. Furthermore, Plaintiffs may yet seek extra-record discovery that may be missing from the CAR which, if granted by this Court, will also contain confidential and personally identifiable information. As such, Plaintiffs seek a sealing of the entire record due to the privacy and confidentiality of financial and biographic and personally identifiable information thereto, for good cause and compelling reasons therein, as such sensitive and confidential information should be protected and should not be available to the public. In the alternative, should this Court

determine the entire case record cannot be sealed, Plaintiffs request that all future filings, including but not limited to dispositive motions, be sealed.

Plaintiffs have met and conferred with counsel for the Federal Defendants, who have indicated their opposition as they believe the request is too broad. Darbinian Decl.

As this Court has already ordered the CAR to be filed under seal, Plaintiffs respectfully request that this Court recognize that the remainder of this case will also be filled with Plaintiffs' personally identifiable information and sensitive financial data, and for good cause and compelling reasons thereto, that the order to seal be extended to the entire case.

DATED: December 20, 2024                Respectfully submitted,

                                          */s/ Edward Choi*
                                          Edward Choi
                                          Attorneys for Plaintiffs

# **DECLARATION OF ANNA DARBINIAN**

1. I am both Plaintiff and counsel for Plaintiffs in case # 2:23-cv-06543-SSC.

2. The instant case deals specifically with Plaintiffs' financial matters, including but not limited to confidential tax returns, banking information, private company information, and other sensitive financial information. The Certified Administrative Record contains additional personally identifiable information, including but not limited to tax returns, social security numbers, tax ID numbers, and more.

3. Plaintiffs and the Federal Defendants previously agreed and stipulated to the CAR being filed under seal.

4. Plaintiffs believe that the entire case record, including filings to date and future filings and dispositive motions, contain and will contain such sensitive and confidential information, and references to such information, in particular as dispositive motions must rely heavily if not completely upon the sealed CAR in this case.

5. Plaintiffs believe that with the entire case record being rife with confidential information, it would be incredibly cumbersome and time consuming to redact all references to confidential information, and furthermore in the event any redactions are missed, Plaintiffs' sensitive data may be filed and available on the public docket.

6. For good cause and compelling reasons thereto, Plaintiffs thus apply for and request that the entire record in this case be sealed, or in the alternative, all future filings from this application forward.

7. Plaintiffs have met and conferred with counsel for the Federal Defendants via email, and on December 18, 2024, the Federal Defendants confirmed they will not agree to a request to have the entire action under seal, stating the request is too broad.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Beverly Hills, California on the date below.

DATED: December 20, 2024        */s/ Anna Darbinian*
                                Anna Darbinian