UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ASHERSON, KLEIN & DARBINIAN, et al. | Case No. 2:23-cv-06543-SSC |
|---|---|
| Plaintiffs, | JUDGMENT |
| v. | |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

Pursuant to the Memorandum and Order filed concurrently herewith, **IT IS ORDERED** that:

1. Judgment is entered in favor of Defendants as to all claims, and against Plaintiffs, dismissing the action with prejudice.
2. Each side shall bear its own attorney's fees and costs.
3. The Clerk of Court shall close this case.

DATED: July 17, 2025

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE